No. 06cr 29 GFVT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

THE UNITED STATES OF AMERICA

v.

**PAMELA JUSTICE**
**AND**
**DARRELL TRIPLETT**

# INDICTMENT

21/846 - Conspiring to Distribute Cocaine - 1 Count
21/853 - Forfeiture of Assets - 1 Count

A TRUE BILL

FOREPERSON

Filed in Open Court on the 21ST day of November, 2006

CLERK

Eastern District of Kentucky
FILED
NOV 21 2006
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Bail, $ ______________

Eastern District of Kentucky
FILED
NOV 2 1 2006
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 06cr 29 GFVT

**PAMELA JUSTICE and**
**DARRELL TRIPLETT**

* * * * *

**COUNT 1**
**21 U.S.C. § 846**

On or about a day in January 2001, the exact date unknown, and continuing through on or about November 16, 2006, in Floyd, Knott, Johnson, and Pike Counties, in the Eastern District of Kentucky, and elsewhere,

**PAMELA JUSTICE and**
**DARRELL TRIPLETT**

did conspire together and with others to knowingly and intentionally distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, a violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**COUNT 2**
**21 U.S.C. § 853**

In committing the felony offense alleged in Count 1 of this Indictment, and being punishable by imprisonment for more than one year, **PAMELA JUSTICE** and

**DARRELL TRIPLETT** used, or intended to use, the below-described property to commit or facilitate the said controlled substance violation, and the below-described property constitutes and is derived from proceeds obtained directly or indirectly as a result of the commission of the aforesaid violation of 26 U.S.C. § 846, including, but not limited to the following:

**CURRENCY:**

$42,790.00 dollars in United States Currency.

**REAL PROPERTY:**

Residence at 156 Old May Town Hill, Langley, Kentucky, in Deed Book 475, Page 277, in the Floyd County Clerk's Office, in the name of Pamela Justice.

By virtue of the commission of the felony offense charged in Count 1 of this Indictment by the defendants, **PAMELA JUSTICE** and **DARRELL TRIPLETT**, any and all interest **PAMELA JUSTICE** and **DARRELL TRIPLETT** have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

**A TRUE BILL**

**FOREPERSON**

**AMUL R. THAPAR**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**

Not less than 10 years nor more than life imprisonment, not more than $4,000,000 fine, and not less than 5 years supervised release.

**If prior felony drug conviction:** Not less than 20 years nor more than life imprisonment, not more than $8,000,000 fine, and not less than 10 years supervised release.

**If two or more felony drug convictions:** Not less than life imprisonment without release and not more than $8,000,000 fine.

**COUNT 2:**

Forfeiture of listed assets.

**PLUS:** Mandatory special assessment of $100 per felony count.

**PLUS:** Restitution, if applicable.