UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 7-6-cr-29-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| PAMELA JUSTICE, et al. | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

*** *** *** ***

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned Judge hereby **RECUSES** himself from service in the above-styled action. In accordance with the General Order of the Court entered January 6, 2006.

**IT IS HEREBY ORDERED** that this action is **REASSIGNED** to the Honorable Danny C. Reeves, Judge, United States District Court for the Eastern District of Kentucky for all further proceedings.

This 27th day of November, 2006.

**Signed By:**
***Gregory F. Van Tatenhove***
**United States District Judge**